ORIGINAL

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtors

FILED
SEP 0 7 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re:

LAWRENCE C BARRETT III

KRISTINA D BARRETT

          Debtors

) Chapter 13
)
) Case No. 08-52020 SLJ
)
) **NOTICE OF UNCLAIMED DIVIDEND**
)
)
)

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

    Pursuant to Federal Rule of Bankruptcy Procedure 3011, the Trustee in the above referenced case hereby turns over to the Court, Check # 2497138 for an unclaimed dividend in the amount of $13.41. The name and address of the claimant entitled to the unclaimed dividend is as follows;

        LAWRENCE C BARRETT III
        KRISTINA D BARRETT
        1104 ENDERLY LN
        LAS VEGAS, NV 89144

Dated: September 02, 2011

                                              DEVIN DERHAM-BURK, TRUSTEE